**GOOD | GUSTAFSON | AUMAIS LLP**
CHRISTOPHER T. AUMAIS (SBN 249901)
CHRISTOPHER B. GOOD (SBN 232722)
J. RYAN GUSTAFSON (SBN 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: (310) 274-4463
E-mail: cta@ggallp.com
E-mail: cbg@ggallp.com
E-mail: jrg@ggallp.com

**THE KEETON FIRM, LLC**
Steffan T. Keeton*
100 South Commons, Suite 102
Pittsburgh, PA 15212
Telephone: (888) 412-5291
stkeeton@keetonfirm.com
*_pro hac vice_ forthcoming

Counsel for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLANSETTE, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>    v.<br><br>RAEL, INC.,<br><br>                      Defendant. | Case No. 4:23-cv-00006-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE DEADLINE** |

### *RECITALS*

*WHEREAS*:

1.      On January 3, 2023, Plaintiff Sarah Blansette ("Plaintiff") filed her Complaint ("Complaint").  (Doc. No. 1.)

2.      On March 13, 2023, Defendant Rael Inc. ("Rael") filed a Motion to Dismiss the Complaint. (Doc. No. 17.)

3.      Argument on the Motion to Dismiss is currently scheduled for June 8, 2023.

4.      On March 27, 2023, Plaintiff informed Defendant that she would be filing a First Amended Complaint ("FAC") in lieu of filing an opposition to the Motion to Dismiss.

5.      The current deadline to file the FAC is April 3, 2023.

6.      In the days preceding this deadline, the attorney drafting the FAC for Plaintiff suffered a medical event, and Plaintiff requested an extension of the FAC's filing deadline.

7.      As a result, Plaintiff's counsel and Defendant's counsel have agreed to extend Plaintiff's deadline to file the FAC one week to April 10, 2023.

8.      Further, Plaintiff's counsel and Defendant's counsel have agreed that Defendant's response to any FAC, including any motion to dismiss, will be due 21 days after the filing of a FAC.

9.      The parties' proposed schedule will not impact any other pending deadlines, as the Court has not issued a scheduling order.

10.     This is the parties' first request for an extension of time to modify Plaintiff's deadline to file a FAC, and the request is not made for the purposes of delay.

### *STIPULATION*

*NOW, THEREFORE*, the Parties stipulate and agree as follows, subject to Court approval:

1.      Plaintiff's deadline to file a FAC is extended from April 3, 2023 to April 10, 2023.

2.      Defendant's response to any FAC, including any motion to dismiss, will be due 21 days after the filing of any FAC.

IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD:


DATED:  April 3, 2023                    GOOD | GUSTAFSON | AUMAIS LLP

                                    By:    _____/s/  J. Ryan Gustafson_____
                                                    J. Ryan Gustafson

                                           Counsel for Plaintiff Sarah Blansette and the
                                           Putative Class

DATED:  April 3, 2023                    RUTAN & TUCKER, LLP

                                    By:    _____/s/   Lucas Hori[1]_____
                                                    Lucas Hori

                                           Counsel for Defendant
                                           Rael, Inc.




PURSUANT TO STIPULATION, IT IS SO ORDERED:



DATED: 4/4/2023                     By:    _____Haywood S Gill Jr_____
                                           The Honorable Haywood S. Gilliam, Jr.
                                                United States District Judge

---

[1]  Pursuant to Civil Local Rule 5-1(i)(3), I, J. Ryan Gustafson, hereby attest that concurrence in the filing of this document has been obtained from Lucas Hori, counsel for Defendant.