United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH BLANSETTE,

        Plaintiff,

   v.

RAEL, INC,

        Defendant.

Case No. 23-cv-00006-HSG

**SCHEDULING ORDER**

A case management conference was held on April 11, 2023. Having considered the parties' proposal, *see* Dkt. No. 24, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 10, 2023 |
| Close of Fact Discovery | September 4, 2023 |
| Exchange Opening Expert Reports | September 18, 2023 |
| Motion for Class Certification | September 18, 2023 |
| Exchange Rebuttal Expert Reports | October 16, 2023 |
| Opposition to Class Certification | October 16, 2023 |
| Reply in Support of Class Certification | October 30, 2023 |
| Close of Expert Discovery | November 13, 2023 |
| Class Certification Hearing | November 16, 2023, at 2:00 p.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge