| | |
|---|---|
| Michael D. Adams (State Bar No. 185835)<br>madams@rutan.com<br>Lucas K. Hori (State Bar No. 294373)<br>lhori@rutan.com<br>Talya Goldfinger (State Bar No. 294926)<br>tgoldfinger@rutan.com<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA  92612<br>Telephone:   714-641-5100<br>Facsimile:    714-546-9035<br><br>Attorneys for Defendant RAEL, INC. | **GOOD \| GUSTAFSON \| AUMAIS LLP**<br>CHRISTOPHER T. AUMAIS (SBN 249901)<br>CHRISTOPHER B. GOOD (SBN 232722)<br>J. RYAN GUSTAFSON (SBN 220802)<br>2330 Westwood Boulevard, Suite 103<br>Los Angeles, California 90064<br>Telephone: (310) 274-4463<br>E-mail: cta@ggallp.com<br>E-mail: cbg@ggallp.com<br>E-mail: jrg@ggallp.com<br><br>**THE KEETON FIRM, LLC**<br>Steffan T. Keeton\*<br>100 South Commons, Suite 102<br>Pittsburgh, PA 15212<br>Telephone: (888) 412-5291<br>stkeeton@keetonfirm.com<br>\**pro hac vice* forthcoming<br><br>Counsel for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLANSETTE, individually, and on behalf of those similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>RAEL, INC.,<br><br>   Defendant. | Case No. 4:23-cv-00006-HSG<br><br>**STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINE FOR MOTION TO TRANSFER (DKT. 36) AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date Action Filed:   January 3, 2023<br>Trial Date:    Not Set |

**RECITALS.**

1. On June 7, 2023, Defendant Rael, Inc. ("Rael") filed a motion to transfer this case pursuant to 28 U.S.C. § 1404(a) (the "Motion"). (Dkt. 36.) The Motion is set for hearing on September 7, 2023. Pursuant to Local Rule 7-3, Plaintiff Sarah Blansette's ("Plaintiff") opposition to the Motion is due on June 21, 2023, and Rael's reply is due on June 28, 2023.

2. The parties are currently working to document a settlement of this action and have therefore agreed to extend the opposition and reply deadlines related to the Motion for one week to allow time to complete that process.

**STIPULATION.**

Based on the foregoing, the parties stipulate as follows, and request that the Court enter the concurrently filed [Proposed] Order:

1. The filing deadline for Plaintiff's opposition to the Motion shall be extended one week to June 28, 2023.

2. The filing deadline for Rael's reply in support of the Motion shall be extended one week to July 5, 2023.

**IT IS SO STIPULATED.**

Dated: June 21, 2023           RUTAN & TUCKER, LLP

By: */s/ Lucas K. Hori*
Lucas K. Hori
Attorneys for Defendant
RAEL, INC.

Dated: June 21, 2023           GOOD GUSTAFSON AUMAIS LLP

By: */s/ J. Ryan Gustafson*
J. Ryan Gustafson
Attorneys for Plaintiff
SARAH BLANSETTE

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court **ORDERS** that:

1. The filing deadline for Plaintiff Sarah Blansette's opposition to Defendant Rael Inc.'s ("Rael") motion to transfer this case pursuant to 28 U.S.C. § 1404(a) (the "Motion") filed at CM/ECF No. 36 shall be extended one week to June 28, 2023.

2. The filing deadline for Rael's reply in support of the Motion shall be extended one week to July 5, 2023.

**IT IS SO ORDERED.**

Dated: 6/22/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge