| | |
|---|---|
| Michael D. Adams (State Bar No. 185835)<br>madams@rutan.com<br>Lucas K. Hori (State Bar No. 294373)<br>lhori@rutan.com<br>Talya Goldfinger (State Bar No. 294926)<br>tgoldfinger@rutan.com<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA  92612<br>Telephone:   714-641-5100<br>Facsimile:    714-546-9035<br><br>Attorneys for Defendant RAEL, INC. | **GOOD \| GUSTAFSON \| AUMAIS LLP**<br>CHRISTOPHER T. AUMAIS (SBN 249901)<br>CHRISTOPHER B. GOOD (SBN 232722)<br>J. RYAN GUSTAFSON (SBN 220802)<br>2330 Westwood Boulevard, Suite 103<br>Los Angeles, California 90064<br>Telephone: (310) 274-4463<br>E-mail: cta@ggallp.com<br>E-mail: cbg@ggallp.com<br>E-mail: jrg@ggallp.com<br><br>**THE KEETON FIRM, LLC**<br>Steffan T. Keeton\*<br>100 South Commons, Suite 102<br>Pittsburgh, PA 15212<br>Telephone: (888) 412-5291<br>stkeeton@keetonfirm.com<br>\**pro hac vice* forthcoming<br><br>Counsel for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLANSETTE, individually, and on behalf of those similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>RAEL, INC.,<br><br>            Defendant. | Case No. 4:23-cv-00006-HSG<br><br>**SECOND STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINE FOR MOTION TO TRANSFER (DKT. 36) AND [PROPOSED] ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date Action Filed:    January 3, 2023<br>Trial Date:    Not Set |

-1-
2610/035774-0010
19328279.1 a06/28/23     STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINES

**RECITALS.**

1. On June 7, 2023, Defendant Rael, Inc. ("Rael") filed a motion to transfer this case pursuant to 28 U.S.C. § 1404(a) (the "Motion"). (Dkt. 36.) The Motion is set for hearing on September 7, 2023.

2. The parties are currently working to document a settlement of this action. On June 21, 2023, the parties submitted a joint stipulation to extend the opposition and reply deadlines related to the Motion for one week to allow time for that process. (Dkt. 37.) The Court entered that stipulation, such that Plaintiff Sarah Blansette's ("Plaintiff's") opposition to the Motion is currently due on June 28, 2023, and Rael's reply is due on July 5, 2023. (Dkt. 39.)

3. The parties have been in the process of exchanging draft settlement documents and are now obtaining client signatures. To allow time to complete this process, they have therefore agreed to extend the opposition and reply deadlines related to the Motion for an additional week to allow time to complete that process.

**STIPULATION.**

Based on the foregoing, the parties stipulate as follows, and request that the Court enter the concurrently filed [Proposed] Order:

1. The current filing deadline for Plaintiff's opposition to the Motion shall be extended one week to July 5, 2023.

2. The current filing deadline for Rael's reply in support of the Motion shall be extended one week to July 12, 2023.

**IT IS SO STIPULATED.**

Dated: June 28, 2023                                    RUTAN & TUCKER, LLP

                                                        By: */s/ Lucas K. Hori*
                                                        Lucas K. Hori
                                                        Attorneys for Defendant
                                                        RAEL, INC.

Dated: June 28, 2023                                    GOOD GUSTAFSON AUMAIS LLP

                                                        By: */s/ J. Ryan Gustafson*
                                                        J. Ryan Gustafson
                                                        Attorneys for Plaintiff
                                                        SARAH BLANSETTE

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause shown, the Court **ORDERS** that:

1. The filing deadline for Plaintiff Sarah Blansette's opposition to Defendant Rael Inc.'s ("Rael") motion to transfer this case pursuant to 28 U.S.C. § 1404(a) (the "Motion") filed at CM/ECF No. 36 shall be extended one week to July 5, 2023.

2. The filing deadline for Rael's reply in support of the Motion shall be extended one week to July 12, 2023.

**IT IS SO ORDERED.**

Dated:

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

| | |
|---|---|
| 1 | **Attestation Regarding Signature** |
| 2 | **Pursuant to Civil Local Rule 5-1(h)(3)** |

I, J. Ryan Gustafson, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: June 28, 2023                            */s/ J. Ryan Gustafson*
                                                J. Ryan Gustafson