| | |
|---|---|
| Michael D. Adams (State Bar No. 185835)<br>madams@rutan.com<br>Lucas K. Hori (State Bar No. 294373)<br>lhori@rutan.com<br>Talya Goldfinger (State Bar No. 294926)<br>tgoldfinger@rutan.com<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA  92612<br>Telephone:   714-641-5100<br>Facsimile:    714-546-9035<br><br>Attorneys for Defendant RAEL, INC. | **GOOD \| GUSTAFSON \| AUMAIS LLP**<br>CHRISTOPHER T. AUMAIS (SBN 249901)<br>CHRISTOPHER B. GOOD (SBN 232722)<br>J. RYAN GUSTAFSON (SBN 220802)<br>2330 Westwood Boulevard, Suite 103<br>Los Angeles, California 90064<br>Telephone: (310) 274-4463<br>E-mail: cta@ggallp.com<br>E-mail: cbg@ggallp.com<br>E-mail: jrg@ggallp.com<br><br>**THE KEETON FIRM, LLC**<br>Steffan T. Keeton*<br>100 South Commons, Suite 102<br>Pittsburgh, PA 15212<br>Telephone: (888) 412-5291<br>stkeeton@keetonfirm.com<br>**pro hac vice* forthcoming<br><br>Counsel for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLANSETTE, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>RAEL, INC.,<br><br>    Defendant. | Case No. 4:23-cv-00006-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date Action Filed: January 3, 2023<br>Trial Date: Not Set |

-1-

STIPULATION OF DISMISSAL AND ORDER

2610/035774-0010
19318780.1 a07/05/23

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is entered into by and between plaintiff Sarah Blansette ("Plaintiff") and defendant Rael, Inc. ("Defendant") based on the following facts:

**RECITALS**

1. On January 3, 2023, Plaintiff initiated this action (the "Action") by filing a Complaint captioned *Sarah Blansette, individually, and on behalf of those similarly situated v. Rael, Inc.*, Case No. 4:23-cv-00006-HSG.  (Dkt. 1.)  Plaintiff filed a First Amended Complaint on April 10, 2023.  (Dkt. 32.)  Plaintiff alleged claims on an individual and putative class basis for (1) violation of California's Unfair Competition Law, Business & Professions Code §§ 17200, *et seq.*, (2) violation of California's False Advertising Law, Business & Professions Code §§ 17500, *et seq.*, (3) violation of California's Consumer Legal Remedies Act, Civil Code §§ 1750, *et. seq.*, and (4) unjust enrichment.  Defendant denies that there is any factual or legal basis for Plaintiff's allegations.

2. Following the initiation of the Action, Defendant provided information relevant to the claims in the Action subject to a confidentiality agreement and Rule 408 of the Federal Rules of Evidence.  After dialogue concerning these matters, Plaintiff and Defendants (together, the "Parties") have reached a settlement which resolves all claims alleged by Plaintiff on an individual basis.

3. Pursuant to the settlement, the Parties agree that Plaintiff will dismiss all of her individual claims in the Action with prejudice.

4. The Parties further agree that Plaintiff will dismiss her putative class claims without prejudice.  Plaintiff has not filed a motion for class certification, and no class has been certified in this action, such that the notice requirements of Rule 23(e) of the Federal Rules of Civil Procedure are inapplicable.

5. The Parties agree that they are each to bear their own attorneys' fees and costs with respect to this action.

/ / /

/ / /

**STIPULATION**

Based on the foregoing, the Parties stipulate and request that the Court dismiss the above-captioned action in its entirety, with each Party to bear their own attorneys' fees and costs, as follows:

1. Plaintiff's individual claims asserted in this action shall be dismissed with prejudice.

2. Plaintiff's putative class claims shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated: July 5, 2023         RUTAN & TUCKER, LLP

                                        By: /s/ Lucas K. Hori
                                              Lucas K. Hori
                                              Attorneys for Defendant
                                              RAEL, INC.

Dated: July 5, 2023         GOOD GUSTAFSON AUMAIS LLP

                                        By: */s/ J. Ryan Gustafson*
                                              J. Ryan Gustafson
                                              Attorneys for Plaintiff
                                              SARAH BLANSETTE

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court **ORDERS** that the above-captioned action is hereby dismissed in its entirely, with each Party to bear their own attorneys' fees and costs. Plaintiff's individual claims are dismissed with prejudice and Plaintiff's putative class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 7/6/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge